

Exhibit 2.42

2012-2014 TORTURE USED TO CHILL THE SPEECH OF JUDGE ED SMITH'S FORMER TRAFFICKING VICTIM IN FURTHERANCE OF HIS 2014 APPOINTMENT AS FEDERAL JUDGE

2007 Judge Smith was sent to IRAQ as part of DOD Task Force 134. They were charged with detainee command, control, interrogations and ensuring due process. What follows is direct evidence he used detainee interrogation methods—called "SEPARATION" learned in Iraq—domestically. Torture, in service to himself in furtherance of his federal judge appointment—to chill the speech of his 2006 trafficking victim (my daughter)—while FBI vetted him for federal judge 2012.

05/30/2005 Department of Justice Legal Department: Memorandum For John A. Rizzo Senior Deputy General Counsel, Central Intelligence Agency: Page 36.

"Much of the condemned conduct goes far beyond the CIA techniques and would almost certainly constitute torture under United States Law...**Pakistan**: (beatings, burning with cigarettes, electric shock)... " Judge Ed Smith certainly knew of U.S. Justice Departments 2005 mandate regarding torture. See exhibit 2.6.2

## 2000

**EMILIE WAS BURNED WITH CIGARETTES** Amy (Fontno) DeRaymond's father, attorney Ray DeRaymond solicitor for many of the municipalities in the county was more interested in protecting his business and reputation covered up his daughter's (**a bi-polar monster**) serious violence to his granddaughter (Exhibit 2.34.2). The Court of Common Pleas reciprocated. 2000 after a 1999 Home Study Report I initiated (Roberman 2.38 ) confirmed the mother's abuse burning Emilie with cigarettes, stoves, and locking Emilie in closets the school district helped the mother circumvent the report's findings by agreeing with the mother to not report evidence of Emilie's abuse they used to traffic her into Special Ed. Their agreement to abuse shaved I.Q. points and caused behavioral problems for Emilie from which they benefited financially (Exhibit 2.39): 1. The District steered business to the school's transition services consultant Freya Koger vis-a-vis the manufactured "disabled" student. Child trafficking. 2. The mother was able to collect social security disability payments *even after* I sued the District and won. 05/18/2006 the State Appeals Panel specifically ruled on the mother's and Districts Claim of Mental Retardation MR317 (Exhibit 2.24) and rejected it. Confirming Emilie's pendent placement as PDD NOS. 01/15/2006 the School District sued me in federal court after losing their appeal.

## 2006

**12/21/2006** Judge Ed Smith and attorney Ray DeRaymond circumvented the Appeals Panel ruling and trafficked my daughter approving the mother's use of **MR317** (Exhibit 2.34). 10/09/2007 I agreed to a Federal guardian Marcie Romberger. 12/07/2007 the Federal guardian ignored the County's continued illegal use of MR317 approved by Judge Ed Smith. **03/2008** Ms. Romberger arranged a baseless competency exam for Emilie: the State Appellate already confirmed Emilie's pendent diagnosis (PDD NOS) allowing for comprehensive educational funds to be released for her use as an educable person. Romberger already had access to these funds predicated on that decision.

## 2008

**EMILIE WAS BURNED WITH CIGARETTES** Prior to federal guardian Romberger's exam. Ms. Romberger also withheld Emilie's medical diagnostic that proved Emilie could not be mentally retarded while presenting a tortured child to her examiner Dr. Hess for review (Exhibit 2.17)



TORTURE: BURNIG WITH CIGARETTES PRIOR TO A COMPETENCY EXAM: STEERED BUSINESS TO LEHIGH TRANSITION SERVICES

03/2008 | ARRANGED BY FEDERAL GUARDIAN MARCIE ROMBERGER

**2008   EMILIE WAS BURNED WITH CIGARETTES OVER 15 TIMES BEFORE A MENTAL COMPETENCY EXAM.**

The exam was arranged by her Federal guardian Marcie Romberger. Each of Emilie's knuckles were burned. Romberger withheld Emilie's medical diagnostic—that proved she could not be mentally retarded—from the examiner.

Emilie's burns were likely caused by attorney DeRaymond her grandfather—Judge Ed Smith's law partner. Judge Smith approved Emilie's trafficking 12/21/2006. | 2008 Dr. Lenora Felderman M.D. | Diagnosis: Cigarette burns | Exhibit 2.68

# 2012

"Although Separation is billed as an interrogation technique, it could easily be purposefully employed for punitive, intimidation, or social control purposes or on discriminatory grounds." *Beth Van Schaack 2014 U.S. Department of State. Exhibits 2.6.2, 2.6.3*

**2012** Defendants escalated Emilie's abuse via a military interrogation method known as **separation** used in IRAQ on war detainees—upon Judge Ed Smith's return from Iraq **06/2008**. Judge Smith was part of DOD Task Force 134 charged with detainee command, control, interrogations and ensuring due process. 2012 my daughter's torture was escalated (**2.86**) in furtherance of Smith's federal judge application—chilling the speech of his 12/21/2006 trafficking victim (my daughter) while he was vetted 2012 by FBI as part of his application.

**2012** Defendants used **"black sites"** (private residences arranged by the School District's community services consultant, Freya Koger) where cruel, inhuman, degrading (criminal) treatment was compounded: **1.** Burning Emilie with cigarettes, **2.** Electric shock burns **3.** Sexual aggression. **4.** Prolonged denial of sufficient hygiene coordinated with the mother) **5.** Denial of medical assistance (coordinated with the mother) **7.** Administration of drugs in detention **8.** Denied the use of public transportation for detention purposes **9.** Forced grooming **10.** Denial of privacy (Koger's people— strangers—let themselves into Emilie's home watched her change in her bedroom) **11.** Emilie relegated to infested surroundings via human trafficking and her bedroom which was cordoned off from the rest of the home **12.** Hyper-infestation (Norwegian Scabies) cultivated to attempt Emilie's murder 8/7/2013 when they no longer needed her—a week after Judge Ed Smith was nominated by President Obama (**1.5, 1.5.1**) **13.** Over administration of drugs in detention causing permanent brain damage 03/27/2014 the day after Judge Smith was appointed a federal judge (**1.4, 4.16**). See 18 U.S.C. §2340. Criminal violations of the United Nations Article 16, Special Rapporteur on Torture, U.S. Justice Department 2005 (**2.6**), The Detainee Treatment Act 2005 and President Obama's 2008 Executive order on enhanced interrogations. See **2.6.2**. They treated Americans worse than war detainees for business and political purposes, leveraged DOD contractors for help and expert advice to terrorize a political threat to a Republican federal judge applicant. See **3.9.2** for additional violations of the Improvement and Reauthorization Act: 18 U.S.C. 2339A and 2339B



**TRAFFICKING | TO COURT OFFICALS | SEXUAL AGGRESSION | TRANSPORTATION: LEHIGH TRANSITION SERVICES**

04/03/2012 | 10:25 AM | DIRT PARKING LOT BEHIND TRAFFIC COURT | ALL DAY THE DAY BEFORE

2012 Lehigh Transition Services effectively ran a de-facto Guantanamo Bay on wheels. Exhibit 2.86

04/03/2012 my daughter's life entailed her sitting in this dirt parking lot ALL DAY they day before. I happened to catch them 04/03/2012 behind District Court 31-1-07 | Traffic court. | 565 Lehigh Street Bethlehem PA 18018. i.e., not the parking lot connected to the court. And getting visited by her "judge friend" These "judge friend" visits emerged and became frequent 2012 with my daughter fighting in parking lots to stop from being shoved into strange cars to perform **"tasks"** during so called **"vehicle exchanges."** Emilie got an STD 3/11/2013.

**District Court's 31-1-07 Judge Halal committed suicide 06/06/2017.** Three months after I posted a google world map of Emilie's 04/03/2012 locations and time durations to youtube. This location in particular as Emilie was getting visits from her "judge friend."

https://youtu.be/WknwOS8X-eY

TRAFFICKING TO OFFICALS: SEXUAL AGGRESSION I TRANSPORTATION: LEHIGH TRANSITION SERVICES

04/03/2012 I 12:17 PM I BLACK SITE: PRIVATE RESIDENCE I MONTROSE ST, BETHLEHEM PA.



Lehigh Transition Services was nicknamed the "**the driving school.**" Starting 2010 Emilie's  $255,000 in educational funds were spent on trafficking her. Zero Education. LTS was a community integration firm. None of locations Emilie was taken to had anything to do with "community integration" <u>Exhibit 3.10.7</u>  <u>Exhibit 3.10.7</u>  <u>Exhibit 3.10.8</u>

**BLACK SITE** Instead of community integration they used undocumented dwellings for extortion. Different locations. There was no community integration. **Emilie was not allowed to use the bus.** (no escape, no freedom) She did not live anywhere near West of Allentown. Had no interest in it. Emilie didn't live anywhere near <u>Hamberg</u> PA 45 miles West of Lehigh where she was taken for over a month to a private residence. American Aquarium & Pet Supply, <u>Orefield</u> PA. Cat Shack <u>Whitehall</u> PA twice a week. Various residences next to the <u>Allentown</u> PA Municipal Golf Course. Barnes & Nobel <u>Center Valley</u> PA. Barnes & Noble <u>Whitehall PA</u>. Trips to <u>Kutztown, Quakertown</u> no connection to her job. Meals on Wheels she was forced to "volunteer" (<u>Exhibit 3.12.1</u>) for once a week.



TRAFFICKING I TO POLICE I SEXUAL AGGRESSION I TRANSPORTATION: LEHIGH TRANSITION SERVICES

04/03/2012 I 2:55 PM I COP SPEED TRAP LOT I ROUT 78 EASTON PA THESE WERE CALLED "PICNICS"

The Center For Anim
Health & Welfare

"PICNICS" (TRAFFICKING TO POLICE)

**BLACK SITE** 2012 Emilie was taken to a speed trap lot where POLICE typically sat looking for speeders. There was no road where she was parked. They had to drive through a winter wheat field easement to get there. This was the routine—they were called "picnics" by LTS staff.

TYPICALLY PARKED BETWEEN AN OFF RAMP AND THE HIGHWAY

By 03/11/2013 Emilie got an STD (scabies) as a result of her trafficking. NYPD collaborated with Easton PA Police—they used the same pidgin nonverbal communication. Northampton County Police were responsible protecting my daughter's traffickers.

P.6

Case 1:19-cv-06671-VEC   Document 12   Filed 07/17/19   Page 8 of 40

"Emilie continues to utilize her de-escalation techniques when necessary. Emilie is making great progress, verbally expressing what is making her upset when staff asks her what is wrong. There has been an increase in the amount of physical behaviors this month. Most of Emilie's physical agitations **occur in the car, where she will punch the seat several times.** Two situations that triggered physical behaviors this month were issues with her cell phone and a **change in vehicles.** The change in vehicle was made appropriately by Emilie and was approved by instructional coach supervisor. Emilie enjoys playing internet games and showing staff videos on her phone to calm down after behavior. Emilie rarely requests time to be left alone, but instead has started to ask to use the bathroom when upset. **Staff provides Emilie with the necessary time needed in order to calm down before asking her to return to the task."**

FREYA KOGER SCHOOL DISTRICT CONSULTANT: LEHIGH TRANSITION SERVICES | 07/2012 PROGRESS REPORT

Emilie was performing **"tasks"** in the back seat of cars while at mall parking lots. The operation used Barns & Nobel as a base where they would wait until a call came in. Then ushered Emilie out to the parking lot for a **"vehicle exchange"** Which she **fought like hell not to get into. And then was required to perform some "task"** This **under the duress of torture:** they burned her with cigarettes. Emilie had to call me from a bathroom stall because they were trafficking her. They wanted her to stop caring her toys during vehicle transfers. Because and as we can see—Emilie was required to "return to the task" taking place in a car and carrying toys—which she used to prevent herself from TASK performance — was a problem for the business. Her Aunt Connie Kraemer wasn't allowed to speak to her —two large woman in the mall taking were taking her out to the lot.

private residence near Hamberg PA. **7/20**. I saw the first two burns Monday 7/23. The burns all look like the burn from 08/06/2012. They happen over 3 separate days (same arm). The time and place when they tortured Emilie was arranged in court in front of Judge Ed Smith by his guardian appointee Lisa Spitale. **03/23/2012** Spitale petitioned Judge Ed Smith that Emilie's two weeks vacation with me during the summer needed to be used for her education with Lehigh Transition Service. During the time she was supposed to be on vacation with me, Lehigh employees tortured her.

Instead of her "education" she was taken 45 miles west of Lehigh Transition Services to a private residence and burned. My sister Deputy Kraemer refused to get involved. Judge Smith was at her wedding 4 days later with his "biker chick" girl friend. They went for shock value to cause the most trauma possible to snap Emilie's mind. Which it did—Emilie knew she was supposed to be on vacation—not some strange house getting tortured by nameless thugs. Exhibit 3.10.6 Exhibit 3.10.7 Exhibit 3.10.8

BURNING WITH CIGARETTES I COURT ORGANIZED TORTURE I PROTECTED BY THE SHERIFS, POLICE DEPARTMENT
07/20/2012—08/06/2012 I TRANSPORTATION: LEHIGH TRANSITION SERVICES



**07/06/2012 DEPUTY G. KRAEMER** I The above third-degree **cigarette burn injuries** were presented to Emilie's Aunt a Northampton County Deputy G. Kraemer. She refused to make arrests because it was her friend Judge Ed Smith's order that resulted in Emilie's assault and would be at her wedding 4 days later with his "biker chick" girlfriend. Judge Smith was being vetted for a federal judge at the time. The coercive cigarette burns are well within the U.S. Justice Departments 2005 meaning of torture. They were arranged by Lisa Spitale, Lehigh Transition Services and Emilie's mother. Conducted a private residences provided by LTS. Exhibit 3.10.3 Exhibit 3.10.4 Exhibit 3.10.5 **I sued three times for the arranged assault.** Each time the extreme wounds were played down. Their RICO enterprise court considered sanctions for my taking Emilie to a doctor in New York.

| 04/16/2008 I | PFA-254 | PA Judge Moran | Exhibit 2.67 |
| 05/17/2010 I | 2007-0021 | PA Judge Koury | Exhibit 2.19 |
| 09/21/2010 I | 10-cv-4868 | PA Judge Martini | Exhibit 2.20 |



# INTERROGATION FRIDAYS | CRUEL, INHUMAN, DEGRADING TREATMENT | ADMINISTRATION OF DRUGS IN DETENTION

**10/19/2012 | TRANSPORTATION: LEHIGH TRANSITION SERVICES**

2012 Dr. Freya Koger's people from Lehigh Transition Services had a key to Emilie's house and would walk in on my daughter while she was in the bathroom or changing in her bedroom—daily. People she did not know would show up. They went through her underwear drawer (See FREYA on continuous loop at NYC HRA—like this is perfectly normal if your normal its about 5 federal violations.) and made sure Emilie was properly "groomed" before her busy day of employment in dirt parking lots, abandon parking lots, cops speed traps spots and disease with "judge friends" and cops.

**Interrogation Fridays | Therapist Sarah Dina** same address as **Insight Investigations** abused Emilie on Fridays. Emilie was taken there by Dr. Koger's people of Lehigh Transition Services. Ms. Dina did not report Emilie's scabies, burns, and bruises from restraint. Often enough Emilie appeared drugged after her afternoon visit with Ms. Dina. No explanation from Amy (Fontno) DeRaymond as to Emilie's condition when I picked Emilie up for Friday visitation. Her head is cut, iPod smashed, the mouth is swollen, She can barely speak.

BURNING WITH STOVE — CHILL TESTIMONY: CRUEL, INHUMAN, DEGRADING TREATMENT ON BEHLAF OF JUDGE SMITH

11/17/2012 | TRANSPORTATION: LEHIGH TRANSITION SERVICES



TORTURE | BURNIG WITH STOVE | CRUEL, INHUMAN, DEGRADING TREATMENT ON BEHLAF OF JUDGE ED SMITH.

11/17/2012 | EMILE AFTER PICKING HER FROM HER MOTHERS.

010 | FOUR WEEKS VACATION WITH DAD.  CLEAN, DRESSED APPROPRIATELY AND ON HER OWN – SHE SIMPLY NEEDED ACCESS TO A BATHROOM

11/17/2012 | ORANGE GUANTANAMO BAY PRISON LOOK
PROLONGED DENIAL OF SUFFICIENT HYGIENE WAS COMMON



TORTURE | PUTTING A CIGARETTE OUT ON HER FOREHEAD | CRUEL, INHUMAN, DEGRADING TREATMENT

02/08/2013 | EXTORTION SPEECH CHILL TRANSPORTATION: LEHIGH TRANSITION SERVICES

DENIAL OF MEDICAL ASSISTANCE. EMILIE WAS LOCKED IN HER ROOM AFTERWARD. FOR RELIEF SHE PUT SUPERGLUE ON IT.

LISA SPITALE, LEHIGH TRANSITION SERVICES AND EMILIE'S MOTHER: CRUEL, INHUMAN, DEGRADING TREATMENT



Someone put a cigarette put out on Emilie's forehead. By 3/11/2013 Emilie began to show signs of scabies from trafficking to "judge friends" and police by Dr. Koger's firm Lehigh Transition Services. Federal guardian Shanon Moore, Dr. Koger's group, and Amy DeRaymond refused to seek medical for Emilie until 05/01/2013 and then began to treat 05/16/2013 her with medication that would invariably kill Emilie unless stopped. Exhibit 1.5 Exhibit 1.5.1

P.14

# MAY 2013 | FBI "ONE STOP SHOP"

## START OF ATTEMPTED MURDER

MAY 2013 FBI: NYPD "ONE STOP SHOP" FOR NYC JEWISH LANDLORD'S KNOWN AS: COPS ON CALL. *U.S. V. HARRINGTON, GRANT, YERMY REICHBERG.*

Exhibit 1.3 Pages, 3, 7, 15. 01/2019 Reichberg (a fixer) was convicted on 4 counts of 5 for bribing NYPD.

05/16/2013 This corresponds with the inappropriate prescription but immunosuppressives which will invariably kill my daughter in her condition unless stopped. (I stoped the treatment – attempted murder – 08/26/2013). Exhibit 1.5

What can be seen to the right is aggressive behavior by my daughter's traffickers

05/18/2013 marked the start of toxic fumes vented into my apartment in NYC by my (Jewish) landlord. 20th Prescient NYPD defined my description as attempted murder then refused to investigate. 2. Told me to call the fire department (for attempted murder) when my landlord did it again. 3. Erased my detectives report. 4. arrested me for falling asleep at the subway station across from my apartment while evading my landlord's de-facto gas chamber. Exhibit 1.6

Exhibit 3.12.1 Basically they gave Emilie a few normal jobs to make the business look legitimate and then forced her back to the human trafficking business.



+12154074084
Sent 5/20/2013 @ 11:30a

P:14

Traffic! I'm going to be late 🙂

5/20/2013 @ 9:07

I don't want to see you anymore and I hate you

5/20/2013 @ 9:07a

😠

I don't want you to pick me up anymore ass and I don't like you and I like allison

5/20/2013 @ 11:30a

5/21/2013 @ 9:16a

P:15

05/01/2013 PROLONGED DENIAL OF MEDICAL ASSISTANCE 03/11/2013 TO 05/01/2013.
PRESCRIPTION WAS DESIGN TO EXACERBATE SCABIES — DISEASE FROM SEXUAL AGGRESSION — TRAFFICKING



Above photo was taken 04/29/2013. From 03/11/2013 to 05/03/2013 the RICO enterprise refused to seek medical treatment for Emilie. When the mother finally agreed to take Emilie to a doctor MAY 1, 2013 Emilie was prescribed medication that would invariably kill her on 05/16/2013.

The fraudulent diagnosis defendants used was eczema. Their treatment for eczema—high powered topical immunosuppressive corticosteroids might help someone with eczema—but would invaribily kill someone with Scabies which Emilie clearly had 04/29/2013.

Exhibit 1.5 Exhibit 1.5.1



05/07/2013 GUARDIAN LISA SPITAL ABDUCTED EMILIE FROM HER SWING AND TOOK TO AN ABANDON PARKING LOT.

EASTON PA Emilie was taken screaming from a public swing. Emilie said it was her guardian, Lisa Spitale. When this horror show went down a regular occurrence— I was working. Calling Dr. Koger's people while taking screen captures from FamilyMap and getting lied to by criminals in public jobs was standard treatment. It was impossible. A lot of criminal integration. **The message from Northampton County was I should "calm down" If I complained the RICO enterprise threatened to take Emilie away from me— basic racketeering. Spitale went to my daughter's house to assault her in her home—had a key. i.e., the mother and Spitale arranged Emilie's assaults.**

(3.) TAKEN TO ABANDON PARKING LOT 4:04PM

(2) WAS PULLED FROM A PUBLIC SWING 3:26PM

(1) EMILIE RIDING HER SCOOTER "LISA SPITALE

Exhibit 2.52

P.17

07/14/2013 | TORTURE | ATTEMPTED MURDER | NORWEGIAN SCABIES | FINGER PRINT BRUISES FROM RESTRAINT
07/14/2013 | GUARDIAN LISA SPITALE RESPONSIBLE FOR BRUISES



COERCIVE FINGER PRINT BRUISES FROM RESTRAINT ON EMILIE'S ARM

Emilie has undiagnosed advanced Norwegian Scabies being treated as eczema—by Dr. Hernandez and DermOne. Their treatment will invariably kill Emilie unless stopped. Photo was taken two weeks before Judge Ed Smith's 08/01/2013 Federal Judge nomination by President Obama.

2011-2015 Lisa Spitale regularly went into Emilie's home when no one else was around and assaulted her. Physically coerced Emilie to answer the way Ms. Spitale (Judge Ed Smith, and the enterprise) wanted her to answer in court:

05/2011 Criminal Complaint To Daniel Corpora Easton PA Magistrate Judge. Easton PA Guardian Lisa Spitale grabbed my daughter at home until she bruised her arm to get her to agree to a home for the mentally retarded. Exhibit 2.52

07/14/2013 I **ATTEMPTED MURDER** I **TORTURE** I NORWEGIAN SCABIES TREATED WITH IMMUNOSUPPRESSIVES FOR ECZEMA

THEY KNOW THEY ARE KILLING HER

TUNNELING FROM SCABIES CAN OBVIOUSLY BE SEEN.

07/12/2013 EASTON DOCTORS PRESCRIBED WITH A DANGEROUS DOUBLE PRESCRIPTION OF CLOBETASOL AND FLUOCINONIDE



**07/22/2013** | **ATTEMPTED MURDER | ACCELERATED DISEASE | IMMUNOSUPPRESSANT TREATMENT FOR EXCEMA** | TUNNELING CAN OBVIOUSLY BE SEEN. THERE IS NO MISTAKING THIS FOR EXCEMA

08/01/2013 Emilie's Mother attempted to murder Emilie just after Judge Smith's Presidential nomination for federal judge. She masked the evidence of her attempt 7/26/2013 one week before the 8/1/2013 nomination and then restarted finalizing her attempted murder of Emilie one week later 8/7/2013 with a prescription of ELIDEL. The Easton police, DA and the PA AG's office have resisted looking at the evidence.

07/26/2013

DEFENDANTS HID THIER ATTEMPTED MURDER ONE WEEK BEFORE JUDGE SMITH'S FEDERAL JUDGE NOMINATION

NORWEGIAN SCABIES I HEALED IN 4 DAYS — THIS IS NOT POSSIBLE WITHOUT A SCABICIDE.

I DEFENDANTS HAD TO KNOW THEY WERE KILLING EMILIE TO BE ABLE TO CURE HER HANDS.

< YOU CAN STILL SEE TUNNELING FROM SCABES

ATTEMPTED MURDER RESTARTED I 1 WEEK AFTER JUDGE SMITH'S 08/01/2013 FEDERAL JUDGE NOMINATION

08/07/2013 I ELIDEL EXTREMELY POWERFUL IMMUNOSUPPRESSIVE FOR "EXCEMA" WAS PRESCRIBED.

NORWEGIAN SCABIES (WHICH IS LETHAL) BECAME EXPONENTIALLY WORSE. 08/12/2013

ELIDEL SET OFF NEW SKIN FISSURES.

Lehigh Transition Services assigned my daughter to clean animal cages at this time (something she's never done before) putting her at serious risk of septic shock which is almost always lethal.

PHOTO FROM 08/10/2013:

01/24/2014 TORTURE I ELECTRIC SHOCK BURNS, FINGER PRINT BRUISES FROM RESTRAINT AFTER REPORTING EASTON POLICE



DAY AFTER I REQUESTED THAT EMILIE SEE A DOCTOR DUE TO CRUEL, INHUMAN, DEGRADING TREATMENT

11/23/2014 "**Dear Ms. Moore, As a result of my daughter Emilie's doctor visit, she is now wearing clean clothing and her room is clean as well.** Emilie has said that this was because of the doctors visit and order. So there's a corollary between what she said the doctor said and what I observed. However, what Emmy continues to contend is some altercation between her and the SPIN employee. And, she has stated that the doctor **called the police— "a little bit".** I do not know what that means but I do know that I am unable to see the doctors (**visit I requested**) report because according to the receptionist Em is over the age of 18— and that's goofy as I've suppoenaed reports before—because it was necessary for me to subpoenaed them even though the mother Ms. Fontno had seen them." <u>Exhibit 2.87.1</u> Exhibit 2.86.1 <u>Exhibit 2.86.2</u>

TORTURE | ELECTRIC SHOCK BURNS | HEAL THEN RE-INJURE | RIGHT HAND
04/26/2008 COMPARED WITH 04/06/2008



04/06/2008 | HEALING CIGARETTE BURNS

04/26/2008 | BURNS

2008 COMPARE WITH 01/24/2014

2008 Dr. Lara B. Goldfeder. Forensic Pathologist Office of the Chief Medical Examiner for the City of New York helped me document new abuse injuries. Specifically looking for re-injury. I found the RICO enterprise, in addition to new injuries was going back into existing injuries and re-burning them. Apparently to avoid detection.

## COMPARE 2008 BURNS WITH 01/24/2014

These burns occurred while meetings arranged by federal guardian Marcie Romberger, were taking place with the Easton Area School district about Emilie's competency and placement which was already decided by the State Appellate (Exhibit 2.24). Romberger collaborated with (RICO enterprise partner) attorney Ray DeRaymond (Judge Ed Smith's partner) 03/2008 to torture Emilie before her competency exam with Dr. Hess. Dr. Hess withheld his 07/31/2008 Exhibit 2.51 email from me that recommended the mother **stay away** from Emilie so that she could learn. Dr. Hess sent me a copy of the email after he learned Romberger lied to him about Emilie's competency and withheld Emilie's medical diagnostic (that determined she could not be mentally retarded) from him.

* 06/2008 Judge Ed Smith's returned from Iraq's DOD Task Force 134.



TORTURE I ELECTRIC SHOCK BURNS I LEFT HAND
° 04/06/2008 COMPARED WITH 06/07/2008 I NEW BURN INJURIES

04/06/2008 I BURN

06/07/2008 I BURNS°

**01/29/2014 EMILIE RETALIATED AGAINST AFTER CONFIRMING CONTACT WITH EASTON POLICE—RESULT HOSPITAL**

36                    4/18/14

40                    4/16/14
go home now

55                    4/14/14

78                    3/27/14

69                    3/5/14
cess from you

40                    2/1/14
} shopping soon at petco :)

2608                  1/30/14
                      Who sixes?

Emilie start drinkin water

Jan 28, 2014, 2:24 PM

Ok                                    2:24 PM

I need money                          10:24 AM

Jan 29, 2014, 10:24 AM

Hi                                    2:10 PM

I need money                          6:35 PM

Do you want cake                      6:35 PM

Now                                   6:36 PM

Yeah                                  6:36 PM

Jan 31, 2014, 7:57 AM

I need money                          7:57 AM

Tell her I went to the hospital       4:47 PM

EASTON PA. 01/29/2014 Emilie is hospitalized—after implicating Lisa Spitale and the Easton Police a second time to me.

P27

Case 1:19-cv-06671-VEC   Document 1-2   Filed 07/17/19   Page 28 of 40



2008 This is Emilie at her desk at my office at 920 Broadway NY NY 10010 before I was robbed by Easton PA RICO traffickers starting 2012. They abducted Emilie 2014.

(The two NYPD detectives from Union Sq. refused to take finger prints from my office stainless steel door after the Superintendent (Damion) was suspected of the attempted break in to my office. Damion erased the security tape from the night before-when I drove to PA to see my daughter for Monday visitation and was the only person who had access to the stairwell. It was recommended that I move out.)

Case 1:19-cv-06671-VEC Document 1-2 Filed 07/17/19 Page 29 of 40



Mall parking lots were an everyday occurrence for Emilie. And not always in the mall—sitting in the parking lots. Or "holding a class" at Barnes & Noble until a vehicle showed up. July 2012 progress report by Dr. Freya Koger. During what was called: 'vehicle transfers" Emilie's toys were ripped out of her hands and lay on asphalt after Lehigh Transition Services Employee's [in Bethlehem Pennsylvania] assaulted Emilie and forced her into a car to perform some "TASK". This was a regular occurrence. See Dr. Freya Koger's Progress Report Goal 13. Bottom Paragraph "tasks" in parking lots. Emilie "punched the backseat of the car" for refusing to perform her task in the backseat of the car. Lehigh Transition Services later merged with SPIN. **They had no office.** FREYA KOGER SCHOOL DISTRICT CONSULTANT. LEHIGH TRANSITION SERVICES I 07/2012 PROGRESS REPORT

MY APARTMENT 145 WEST 71 ST. NY NY 10023

2013 This is Emilie at our apartment at 145 W 71 Street. Apt 8G. They were medicating her and hiding it from me.  She suddenly began to gain a lot of weight 2013 from undisclosed medication they were using to harm her with — after their failed attempted murder of her.

This is Emilie at the Museum of Natural History.





2014 This is Emilie and me taking a cab ride to the museum.  We were close.  I took care of Emilie. The Easton PA criminals were always after her. Human trafficking criminals in control of county government. I attempted to get Emilie the education she was entitled to and the RICO enterprise got her instead. It was criminal and barbaric what the did to her under the guise of behavioral healthcare.



This is Emille at the Museum of Natural History.





MY APARTMENT 145 WEST 71 ST, NY NY 10023



2013 This is Emilie at our apartment at 145 W 71 Street, Apt 8G. They were medicating her and hiding it from me. She suddenly began to gain a lot of weight 2013 from undisclosed medication they were using to harm her with — after their failed attempted murder of her.



2014 This is Emilie and me taking a cab ride to the museum.  We were close.  I took care of Emilie. The Easton PA criminals were always after her. Human trafficking criminals in control of county government. I attempted to get Emilie the education she was entitled to and the RICO enterprise got her instead. It was criminal and barbaric what the did to her under the guise of behavioral healthcare.



