# UNITED STATES DISTRICT COURT
for the

**JUDGE CAPRONI**

| | |
|---|---|
| Thomas D. Kraemer | ) ) ) **19 CV 6671** ) ) |
| *Plaintiff(s)* | ) |
| The City of New York; NYPD; DOI; DOI Inspector Andrew Guinan; District Counsel 37; U.S. Marshal; Michael Edelstein; Mickey Cekovic; Lisa Spitale Esq; Marcie Romberger Esq; Shannon Moore Esq; Amy (Fontno) DeRaymond; Attorney Ray DeRaymond; County of Northampton Office of the County Executive; Northampton County Court; Northampton County MH/MR; Milestones Community Healthcare Inc; Northampton County Sheriff; Deputy Gretchen Kraemer; The Easton Area School District; Freya Koger Ph.D; The City of Easton; Easton Police; CVS Health Corporate; Dr. Xequiel Hernandez; DermOne; Dr. Cha J. Yu; Et Al. | ) Civil Action No. ) ) ) ) ) ) ) ) ) |
| *Defendants* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED DEFENDANT LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS D. KRAEMER
145 WEST 71 ST APT 8G NY NY 10023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 7/17/2019

*Signature of Clerk or Deputy Clerk*

# DEFENDANTS

| # | Defendant | Name | Address | Phone |
|---|---|---|---|---|
| 1. | Defendant | City of New York. Zachary W. Carter | Corporation Counsel 100 Church St. NY NY 10007 | |
| 2. | Defendant | | NYPD 1 Police Plaza Path, NY, NY 10007 | 646-610-5000 |
| 3. | Defendant | | DOI 80 Maiden lane NY NY 10038 | 646-610-5000 |
| 4. | Defendant | | DOI Inspector Andrew Guinan | 212-825-5900 |
| 5. | Defendant | District Counsel 37 | AFSCME, AFL-CIO 125 Barclay St. NY, NY 10007 | 212-815-1000 |
| 6. | Defendant | US Marshal SDNY | 500 Pearl St. Suite 400 NY, NY 10007 | 212-331-7200 |
| 7. | Defendant | Michael Edelstein | 2207 Coney Island Avenue Brooklyn, NY 11223 | 718-627-2980 |
| 8. | Defendant | Mickey Cekovic CFO | Pitta & Bishop LLC 120 Broadway New York, NY 10271 | 212-652-3890 |
| 9. | Defendant | Attorney Lisa Spitale | 680 Wolf Ave Easton PA 18042 Attorney ID 94297 | 610-258-3757 |
| 10. | Defendant | Attorney Marcie Romberger | 323 Lenape Drive Berwyn PA 19312 | 610-725-8440 |
| 11. | Defendant | Attorney Shannon Moore | PA State Education Association Southeastern Region Office 1512 Mcdaniel Drive West Chester, PA 19380 | 610-430-6150 |
| 12. | Defendant | Amy (Fontno) DeRaymond | 423 Vista Drive Easton PA 18042 | 610-330-0419 |
| 13. | Defendant | Attorney Ray DeRaymond | Gross McGinley PO Box 4060 Allentown, PA 18105 Attorney ID 7913 | 610-820-5450 |
| 14. | Defendants | Attention: Lamont McClure | PA Northampton County Office of the County Executive 669 Washington Street Easton, Pennsylvania 18042 | 610-829-6359 |
| 15. | Defendant | Northampton County Court | 669 Washington St. Easton PA 18042 | 610-559-3000 |
| 16. | Defendant | Northampton County MH/MR | 520 East Broad St. Bethlehem PA 18018 | 610-974-7555 |
| 17. | Defendant | Milestones Community Healthcare Inc. | 614 N Easton Rd Glenside PA 19038 (A provider 50 facility) | 215-884-3982 |
| 18. | Defendant | Northampton County Sheriff | 669 Washington St. Easton, PA 18042 | 610-559-3084 |
| 19. | Defendant | Deputy Gretchen Kraemer | 669 Washington St. Easton, PA 18042 | 610-559-3084 |
| 20. | Defendant | Freya Koger Director: (i) Lehigh Transition Services (ii) SPIN | Iacocca Hall 111 Research Drive Bethlehem, PA 18015 10501 Drummond Rd. Phila., PA 19154 | 610-758-3225 844-774-6226 |
| 21. | Defendant | Easton Area School District | 1801 Bushkill Dr Easton, PA 18040 | |
| 22. | Defendant | CVS Health Corporate | One CVS Drive Woonsocket, Rhode Island 02895 | 888-607-4287 |
| 23. | Defendant | Dr. Xequiel Hernandez | 3213 Nazareth Rd., Easton, PA 18045 #MD446737 | 610-559-2060 |
| 24. | Defendant | DermOne | 712 East Bay Avenue Suite19 Manahawkin NJ 08050 | 855-321-3376 |
| 25. | Defendant | Dr. Cha J. Yu | Warren Hospital 185 Roseberry St. Phillipsburg, NJ 08865 | 908-859-6782 |
| 26. | Defendant | The City of Easton | 123 South Third Street Easton, Pennsylvania 18042 The City of Easton is a municipal corporation. The Mayor appoints departmental directors with the advice and consent of the council. The Mayor has the discretion to remove the department heads. Individually and in their Official Capacity. | 610-250-6600 |
| 27. | Defendant | Easton Police | 48 N 4th St, Easton, PA 18042. | 610-759-2200 |