UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

THOMAS D. KRAMER

                Plaintiff,

  -against-

THE CITY OF NEW YORK, ET AL

                Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

**1:19-CV-06671 (VEC)**

    PLEASE TAKE NOTICE that, on behalf of defendant CVS PHARMACY, L.L.C, the undersigned attorney will appear as counsel of record.

    PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned and all electronic notifications will be sent to sree@lcbf.com.

Dated:  New York, New York
         August 21, 2019

                                            Respectfully submitted,

                                            LANDMAN CORSI BALLAINE & FORD P.C.

                                            By:          **/s**         
                                                  Sophia Ree
                                                  Attorneys for Defendant
                                                  CVS PHARMACY, L.L.C
                                                  120 Broadway 13th Floor
                                                  New York, New York 10271
                                                  (212) 238-4800

TO:    Thomas Kraemer
           Pro Se Plaintiff
           145 West 71st Street, Apt. 8G
           New York, New York 10023
           (646) 528-3124

           -All Counsel of Record via ECF-