UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

THOMAS D. KRAMER

                     Plaintiff,

  -against-

THE CITY OF NEW YORK, ET AL

                     Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

**1:19-CV-06671 (VEC)**

       PLEASE TAKE NOTICE that, on behalf of defendant CVS PHARMACY, L.L.C, the undersigned attorney will appear as counsel of record.

       PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned and all electronic notifications will be sent to cvarghese@lcbf.com

Dated:  New York, New York
           August 21, 2019

                                                Respectfully submitted,

                                                LANDMAN CORSI BALLAINE & FORD P.C.

                                                By: _____
                                                     Christine S. Varghese
                                                     Attorneys for Defendant
                                                     CVS PHARMACY, L.L.C
                                                   120 Broadway 13th Floor
                                                   New York, New York 10271
                                                   (212) 238-4800

TO:    Thomas Kraemer
          Pro Se Plaintiff
          145 West 71st Street, Apt. 8G
          New York, New York 10023
          (646) 528-3124

4810-5745-3474v.1