UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

THOMAS KRAEMER

plaintiff,

The City of New York; NYPD; DOI; DOI Inspector Andrew Guinan;
District Counsel 37; U.S. Marshal; Michael Edelstein; Mickey
Cekovic; Lisa Spitale Esq; Marcie Romberger Esq; Shannon Moore
Esq; Amy (Fontno) DeRaymond; Attorney Ray DeRaymond; County
of Northampton Office of the County Executive; Northampton
County Court; Northampton County MH/MR; Milestones
Community Healthcare Inc; Northampton County Sheriff; Deputy
Gretchen Kraemer; The Easton Area School District; Freya Koger
Ph.D; The City of Easton; Easton Police; CVS Health Corporate;
Dr. Xequiel Hernandez; DermOne; Dr. Cha J. Yu; Et Al.

Defendants.

-----------------------------------------------------------------x

**RE: CANDOR**

**19-cv-6671-VEC**

RE: CANDOR LETTER
I declare under the penalty of perjury the forgoing is true and correct.

Signed: Thomas Kraemer                                    Date: 08/21/2019

Dear Judge Caproni,

Please find the attached two emails I received from defendant's attorneys asking me personally for more time which I am not authorized to give:
08/19/2019 | 03:10 PM Norris McLaughlin | For the City of Easton | Exhibit 4.16.3
08/20/2019 | 11:14 AM Landman Corsi Ballaine & Ford P.C. | For CVS | Exhibit 3.9.3

Their clients had not made an appearance at the time. Nor do I believe giving their clients more time is in my or my daughter's best interest given the seriousness of the allegations and accompanying evidence. Moreover, it appears they were attempting to trick me into dropping my case. I have not contacted, nor communicated with the aforementioned law firms or their clients. I saw CVS filed a motion for more time today. I will file opposition motions for both once (or if not in a few days for CVS) the City of Easton makes an appearance.

Sincerely,
Thomas Kraemer

EXHIBIT 4.16.3

 **Gmail**

Thomas Kraemer <kraemer.tom811@gmail.com>

---

## Kraemer v. The City of New York, et al; 1:19-cv-06671-VEC
1 message

---

**Christine Varghese** <cvarghese@lcbf.com>　　　　　　　　　　　Tue, Aug 20, 2019 at 11:14 AM
To: "kraemer.tom811@gmail.com" <kraemer.tom811@gmail.com>
Cc: Sophia Ree <sree@lcbf.com>

Mr. Kraemer,

We represent CVS in the above referenced matter. We write to you requesting an extension for CVS's time to respond to your complaint in the above referenced matter, from August 23, 2019 to September 27, 2019. Please let us know if you consent to this extension.

Thank you,

Christine


Christine Varghese

*Associate Attorney*

**Landman Corsi Ballaine & Ford P.C.**

120 Broadway, 13th Floor | New York, NY 10271

T: (212) 238-4800| F: (212) 238-4848

cvarghese@lcbf.com | www.lcbf.com

Landman Corsi Ballaine & Ford P.C. N.Y. 212 238-4800 N.J. 973 623-2700 P.A. 215 561-8540 NOTE: This message, and any attached files, may contain privileged or confidential information. It is intended for use only by the addressee(s). Any disclosure, copying or distribution of, or reliance upon, this message by anyone else is strictly prohibited. If you received this message in error, please notify the sender by reply e-mail message or by telephone to one of the numbers above.

Note: As of **March 13, 2019** Landman Corsi Ballaine & Ford P.C. has relocated to the 13th floor.



Thomas Kraemer <kraemer.tom811@gmail.com>

## Thomas Kraemer v. The City of New York, et al.- Case No.: 1:19-cv-06671
1 message

**Deanna L. Koestel, Esq.** <dlkoestel@norris-law.com>  Mon, Aug 19, 2019 at 3:10 PM
To: "kraemer.tom811@gmail.com" <kraemer.tom811@gmail.com>
Cc: "Edward G. Sponzilli, Esq." <egsponzilli@norris-law.com>

Mr. Kraemer,

Norris McLaughlin has been retained to represent the following parties in connection with the lawsuit you filed, *pro se,* captioned *Thomas Kraemer v. The City of New York, et al.*- Case No.: 1:19-cv-06671, filed in the Southern District of New York:

- The City of Easton; The Mayor of the City of Easton – Salvatore J. Panto, Jr., individually and in his official capacity; The City of Easton Police Department; and The Chief of Police for the City of Easton - Carl Scalzo, individually and in his official capacity (collectively referred to herein as the "Easton Defendants").

Please advise whether you consent to the Easton Defendants request for a sixty (60) day extension of time to respond to the Complaint.

Thank you.

Deanna L. Koestel, Esq.
t: 917.369.8869 | f: 908.722.0755 | e: dlkoestel@norris-law.com | www.norrismclaughlin.com
NY Office: 875 Third Ave | 8th Floor | New York, NY 10022
NJ Office: 400 Crossing Blvd | 8th Floor | P.O. Box 5933 | Bridgewater, NJ 08807-5933
Bridgewater, NJ | New York, NY | Allentown, PA



NORRIS
McLAUGHLIN PA.
ATTORNEYS AT LAW

Pursuant to Treasury Regulations, any U.S. Federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

Notice: Unless explicitly and conspicuously designated as 'E-Contract Intended', this e-mail does not constitute a contract offer, a contract amendment, or an acceptance of a contract offer. This e-mail does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Notice: This message and any attached file is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail message should be construed as a legal opinion. If you have received this communication in error, please notify me immediately by reply e-mail and delete all copies of the original message. Thank you.