# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

|  |  |  |
|---|---|---|
| SOPHIA REE<br>MEMBER<br>TEL: (212) 393-7923<br>EMAIL: sree@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>4th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br><br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/2019
```

August 21, 2019

**VIA ECF**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007



**MEMO ENDORSED**

Re: *Thomas Kraemer v. The City of New York et al.*
Docket No. 1:19-CV-06671 (VEC)

Dear Judge Caproni:

We represent the defendant Pennsylvania CVS Pharmacy, L.L.C. incorrectly sued herein as CVS Health Corporate (hereinafter "CVS")[1] in the above-referenced matter. Pursuant to Your Honor's Individual Rules, we respectfully write to request that CVS's time to answer or otherwise respond to the Complaint in this matter be extended from on or about August 23, 2019 to September 27, 2019.

This is CVS's first request for an extension of time to respond to the Complaint. We request an extension because this office was only recently retained in connection with this matter and we require additional time to properly investigate and respond to the allegations in the approximately 187 page Complaint. This extension will not affect any other deadline in this matter. We contacted Plaintiff regarding the requested extension, but have not yet heard back. In the event that Plaintiff does not consent to the requested extension, we will notify the Court.

---

[1] We advise the Court that CVS Health Corporate is not an entity. However, due to the confusing and convoluted allegations in the Complaint, it is difficult for CVS to determine the correct entity being sued in this matter. Plaintiff claims that his daughter was purportedly dispensed medication in a CVS pharmacy located in Pennsylvania; therefore, we believe that Pennsylvania CVS Pharmacy, L.L.C., is the correct entity. However, CVS reserves all of its rights and does not waive any of its rights regarding any entity that may later be determined to be involved in this matter.

4851-8292-7777v.1

LANDMAN CORSI BALLAINE & FORD P.C.

August 21, 2019
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

/s

Sophia Ree

Cc:   Thomas Kraemer (*via ECF and First Class Mail*)

> As to all Defendants, their time to answer or otherwise respond to the Complaint is STAYED pending the Court's forthcoming order.  Plaintiff's motion for permission for electronic case filing, Dkt. 5, is GRANTED.
>
> SO ORDERED.          Date: 08/22/2019
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

4851-8292-7777v.1