UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

THOMAS KRAEMER,

                                              Plaintiff,

        -against-

**NOTICE OF APPEARANCE**

19 Civ. 6671 (VEC)

THE CITY OF NEW YORK, et al.,

                                              Defendants.

------------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **Joshua A. Weiner**, Senior Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court.

Dated:      New York, New York
              September 23, 2019

                                            GEORGIA M. PESTANA
Acting Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street | Room 3-181
New York, NY 10007
(212) 356-2249
jweiner@law.nyc.gov

By:      /s/ Joshua A. Weiner

Joshua A. Weiner
*Senior Counsel*
Special Federal Litigation Division

cc:    *All Parties (BY ECF)*