AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Thomas Kraemer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 Civ. 6671 (VEC) |
| The City of New York, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant United States Marshals Service.

Date: 10/03/2019

/s/ Zachary Bannon
*Attorney's signature*

AUSA Zachary Bannon
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers St., 3rd Floor
New York, New York 10007
*Address*

Zachary.Bannon@usdoj.gov
*E-mail address*

(212) 637-2728
*Telephone number*

(212) 637-2717
*FAX number*